132 P.3d 868

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Block v. Block | 26888 | 04/06/2006 | Affirmed |
| State v. Tolentino | 26446 | 04/20/2006 | Affirmed, vacated & remanded |